ADAM PAUL LAXALT
Attorney General
SUSANNE M. SLIWA
Senior Deputy Attorney General
Nevada Bar No. 4753
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3375
Fax: (702) 486-3871
Email: ssliwa@ag.nv.gov

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLA HENDERSON, an Individual, | CASE NO.: 2:18-cv-01728-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| STATE OF NEVADA ex. rel. SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES, | |
| Defendants. | |

COMES NOW, Defendant STATE OF NEVADA ex. rel. SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES by and through their counsel, ADAM PAUL LAXALT, Attorney General through SUSANNE M. SLIWA, Senior Deputy Attorney General and Plaintiff CARLA HENDERSON, by and through her counsel, JENNY L. FOLEY, PhD. Esq. and hereby stipulate and agree to extend the time for the Defendant to file a responsive pleading to Plaintiff's Complaint until December 14, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  The respective counsel for the parties have discussed the posture of this case and possible resolutions for same. As a resolution has not been reached, it has been agreed that a responsive pleading should be filed by the above referenced date.

Dated this 27th day of November, 2018.

                                              Respectfully Submitted,

                                              ADAM PAUL LAXALT
                                              Attorney General

By:   */s/ Susanne M. Sliwa*
       Susanne M. Sliwa
       Senior Deputy Attorney General
       555 E. Washington, #3900
       Las Vegas, NV  89101
       (702) 486-3375
       ssliwa@ag.nv.gov
       Attorneys for Defendant
       STATE OF NEVADA, ex. rel.
       SOUTHERN NEVADA HEALTH SERVICES

Respectfully Submitted,

By:   */s/ Jenny L. Foley*
       Jenny L. Foley, PhD, Esq.
       HKM Employment Attorneys, LLP
       1785 E. Sahara Avenue Suite 325
       Las Vegas, NV 89104
       (702) 625-3983
       jfoley@hkm.com
       Attorneys for Plaintiff
       CARLA HENDERSON

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2018