1 **JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
2 E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
3 Nevada Bar No. 14728
4 E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
5 1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
6 Tel: (702) 625-3893
7 Fax: (702) 625-3893
E-mail: jfoley@hkm.com
8 *Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLA HENDERSON, An Individual | CASE NO. **2:18-cv-01728-JAD-PAL** |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA, ex rel. SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES, | |
| Defendants. | |

## STIPULATION AND ORDER TO STAY DISCOVERY

COMES NOW, the Plaintiff, CARLA HENDERSON ("HENDERSON"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, STATE OF NEVADA, ex rel. SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES, ("DEFENDANT"), by and through its attorney, SUSSANNE M. SLIWA, ESQ., of NEVADA ATTORNEY GENERAL'S OFFICE, and hereby stipulates and agrees as follows:

1. During the Early Neutral Evaluation Conference, the parties discussed a partial resolution. The parties do not have control over the timing or outcome of the discussed resolution and await for the result. Should the partial resolution come to fruition, the parties expect to reach a settlement.

2. That discovery in the above referenced case be stayed until April 3, 2019. The reason for the stay is that the Parties hope that a settlement may soon be reached.

3. The parties' stipulation for a stay is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Amended Complaint (ECF No. 20), Defendant's Answer to Amended Complaint (ECF No. 22), or any other motions that may be filed by either party during the stay.

Dated this 5th day of March, 2019.  Dated this 5th day of March, 2019.

**HKM Employment Attorneys LLP**  **Nevada Attorney General Office**

/s/ Jenny L. Foley  /s/ Susanne M. Sliwa
Jenny L. Foley, Ph.D., Esq.  Susanne M. Sliwa, Esq.
Nevada Bar No. 9017  Nevada Bar No. 4753
1785 East Sahara Ave., Suite 300  555 E. Washington Ave. Suite 3900
Las Vegas, Nevada 89104  Las Vegas, Nevada 89101

**ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER TO STAY DISCOVERY in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the discovery in the above referenced case stay until April 3, 2019, unless otherwise deemed sooner by Plaintiff and Defense counsel.

**IT IS SO ORDERED** The parties' stipulation for a stay is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Amended Complaint (ECF No. 20), Defendant's Answer to Amended Complaint (ECF No. 22), or any other motions that may be filed by either party during the stay.

Dated: April 9, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*